**Electronically Filed
Supreme Court
SCPW-19-0000480
28-AUG-2019
01:56 PM**

SCPW-19-0000480

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHARLES ALAPATI LEOMITI IOANE and OKESI ATUATASI IOANE aka OKESI A. IOANE, Individually and as Trustee of the Okesi A. Ioane Revocable Trust Dated February 11, 2011, Petitioners,

vs.

THE HONORABLE JEANNETTE H. CASTAGNETTI, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

MTGLQ INVESTORS, L.P.; CHILD SUPPORT ENFORCEMENT AGENCY; HALE AUPUNI COMMUNITY ASSOCIATION, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 16-1-1754-09)

ORDER DISMISSING "PETITIONERS' OBJECTION
TO ORDER DENYING PETITION FOR WRIT OF MANDAMUS"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On August 20, 2019, petitioners filed a document entitled, "Petitioners' Objection to Order Denying Petition for Writ of Mandamus", which we review as a motion for reconsideration of the July 12, 2019 order denying their petition for writ of mandamus. Upon consideration of the motion for reconsideration and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed. See HRAP Rule 40(a) ("A motion for

reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.").

DATED: Honolulu, Hawaiʻi, August 28, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson